**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CORELOGIC SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COLLATERAL INTELLIGENCE LLC,<br><br>　　　　Defendant. | Civil Action No. 2:12-cv-304-RSP<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| CORELOGIC SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REDFIN CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 2:12-cv-305-JRG-RSP |
| CORELOGIC SOLUTIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COLLATERAL ANALYTICS, LLC,<br><br>　　　　Defendant. | Civil Action No. 2:12-cv-306-RSP |

**STIPULATION TO DISMISS DEFENDANTS COLLATERAL INTELLIGENCE LLC
AND COLLATERAL ANALYTICS LLC WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff CoreLogic Solutions, LLC ("CoreLogic") and Defendants Collateral Intelligence LLC and Collateral Analytics LLC (collectively, "Defendants") stipulate to dismiss with prejudice all claims asserted by and between CoreLogic and Defendants in this action.

CoreLogic and Defendants will each bear their own costs, expenses and legal fees.

This dismissal does not affect any other named defendants.

//

//

Dated: March 25, 2013                                    Respectfully submitted by,

/s/ *Clement S. Roberts* (with permission)               /s/ *Eric H. Findlay*
Clement S. Roberts                                       Eric H. Findlay (Texas Bar No. 00789886)
Durie Tangri, LLP                                        Brian Craft (Texas Bar No. 04972020)
217 Leidesdorff Street                                   FINDLAY CRAFT, LLP
San Francisco, CA 94111                                  6760 Old Jacksonville Hwy, Ste. 101
415/362-6666                                             Tyler, TX 75703
Fax: 415-236-6300                                        Email: efindlay@findlaycraft.com
Email: croberts@durietangri.com                          Email: bcraft@findlaycraft.com
                                                         Tel: (903)534-1100
Michael E. Jones                                         Fax: (903)534-1137
Potter Minton, a Professional Corporation
110 N College Avenue                                     I. Neel Chatterjee
Suite 500                                                Andrew S. Ong
Tyler, TX 75702                                          ORRICK, HERRINGTON & SUTCLIFFE LLP
903-597-8311                                             1000 Marsh Road
Fax: 903-593-0846                                        Menlo Park, CA 94025
Email: mikejones@potterminton.com                        Email: nchatterjee@orrick.com
                                                         Email: aong@orrick.com
Attorneys for Defendants                                 Tel: (650) 614-7400
COLLATERAL INTELLIGENCE LLC and                          Fax: (650) 614-7401
COLLATERAL ANALYTICS LLC

                                                         Benjamin J. Hofileña, Jr.
                                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                         777 S. Figueroa Street, Suite 3200
                                                         Los Angeles, CA 90017
                                                         Email: bhofilena@orrick.com
                                                         Tel: (213) 612-2020
                                                         Fax: (213) 612-2499

                                                         Attorneys for Plaintiff
                                                         CORELOGIC SOLUTIONS, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by email transmission and first class mail.

Dated: March 25, 2013

*/s/ Eric H. Findlay*
Eric H. Findlay

OHSUSA:753359136.1